IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| GALDERMA LABORATORIES, LP, ET AL. | § § § | |
| VS. | § § | |
| PADDOCK LABORATORIES, INC. | § § | CIVIL ACTION NO.4:09-CV-002-Y |
| VS. | § § | |
| GALDERMA LABORATORIES, LP, ET AL. | § § | |

ORDER GRANTING IN PART AND DENYING IN
PART JOINT MOTION REGARDING MOTIONS IN LIMINE

Before the Court is the parties' Joint Motion Regarding Motions in Limine (doc. 127). In the motion, the parties ask the Court to suspend the current January 19, 2011, deadline for filing motions in limine and to permit the parties to simply submit their evidentiary objections in the pretrial order due March 28, 2011. The parties contend that this relief is appropriate given that the instant case is not set for trial until April 2011.

After review, the Court concludes that adjustment of the current deadline for filing motions in limine is permissible. The Court also concludes, however, that the parties' evidentiary objections should be submitted prior to March 28 to allow the Court adequate time to review the objections before trial. Therefore, the parties' motion is GRANTED in part and DENIED in part. The deadline for filing motions in limine is EXTENDED to March 1, 2011.

SIGNED January 21, 2011.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE