IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| GALDERMA LABORATORIES, LP, ET AL. | § § § | |
| VS. | § § | |
| PADDOCK LABORATORIES, INC. | § § | CIVIL ACTION NO.4:09-CV-002-Y |
| VS. | § § | |
| GALDERMA LABORATORIES, LP, ET AL. | § § | |

## FINAL JUDGMENT

Pursuant to the Stipulation and Order of Dismissal with Prejudice entered this same day and Federal Rule of Civil Procedure 41, all claims in the above-styled and -numbered cause are DISMISSED WITH PREJUDICE. All costs under Rule 54(d) and 28 U.S.C. § 1920 shall be taxed against the party that incurred them.

SIGNED April 5, 2011.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/dc